L. MONTGOMERY, APPELLANT, VS. WALTER THOMAS APPELLEE.

Appellate Practice—From Judgements at Law an Appeal Does not Lie; Writ of Error is the only Proper Appellate Procedure in such cases.

Since the adoption of the Revised Statutes in 1892, there is no such procedure as an *appeal* from a *judgement at law*. Such judgements can only be reviewed in the appellate court on Writ

of Error; and where in such a case no Writ of Error has ever issued, an attempted appeal therein will be dismissed.

Appeal from the Circuit Court for Putnam County.

*E. C. F. Sanchez* for Appellant.

*Geo. P. Fowler* for Appellee.

PER CURIAM:

This cause being now reached in its regular order upon the docket for final disposition, and it appearing to the court that the judgment sought to be reviewed is in an action at law, and that no writ of error has ever issued therein or been lodged in the court below, but that an appeal has been attempted to be taken therein, since the adoption of our Revised Statutes, by which to have the said judgment reviewed, it is, therefore, hereby ordered and adjudged that the said appellate proceedings in said cause are hereby dismissed, and the said cause is hereby stricken from the dockets of this Court at the cost of the appellant.